HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
DENISE BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:14-cr-00051 AWI |
| Plaintiff, | STIPULATION AND  ORDER TO EXTEND BRIEFING DEADLINES |
| vs. | |
| DENISE BROWN, | Judge: Hon. Anthony W. Ishii |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the following briefing schedule—Appellant's Opening Brief, Appellee's Brief and Reply Brief— now due May 7, 2014, May 28, 2014 and June 4, 2014, respectively, **may be continued** to May 21, 2014, June 11, 2014 and June 18, 2014, respectively.

The government is in agreement with this request.

///

///

///

///

///

///

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED:  May 6, 2014                /s/ *Matthew McNease*
                                   MATTHEW McNEASE
                                   Acting Legal Officer
                                   National Park Service
                                   Yosemite National Park


HEATHER E. WILLIAMS
Federal Defender

DATED: May 6, 2014                 */s/ Jerome Price*
                                   JEROME PRICE
                                   Assistant Federal Defender
                                   Attorneys for Defendant
                                   DENISE BROWN

**O R D E R**

IT IS SO ORDERED.

Dated:   May 6, 2014              _____
                                   SENIOR  DISTRICT  JUDGE