Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DENISE BROWN,<br><br>　　　　　Defendant. | DOCKET NO: 1:14-CR-051-AWI<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES**<br><br>Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the following briefing schedule – Appellee's Brief and Reply Brief – now due June 11, 2014 and June 18, 2014, respectively, **may be continued** to June 25, 2014, and July 2, 2014, respectively.

The defendant is in agreement with this request.

///

///

///

///

1

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | BENJAMIN B. WAGNER |
|   | United States Attorney |

Dated:  June 2, 2014                    /S/ Matthew McNease
                                        Matthew McNease
                                        Acting Legal Officer
                                        National Park Service
                                        Yosemite National Park


                                        HEATHER E. WILLIAMS
                                        Federal Defender

Dated:  June 2, 2014                    /S/ Jerome Price
                                        Jerome Price
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        DENISE BROWN

**ORDER**

IT IS SO ORDERED.

Dated:  June 2, 2014            _____
                                SENIOR  DISTRICT  JUDGE